**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BALVAGE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation, <br><br> Defendants. | **Case No.** C09-5409BHS <br><br> **Supplemental Minute Order** <br><br> **Re: Settlement Conference** |

THIS matter was referred by the Honorable Benjamin H. Settle to U.S. Magistrate Judge J. Kelley Arnold for purposes of a Settlement Conference. The parties met with the undersigned October 5, 2010, and counsel conferred with the court October 10, 2010. At that time the case was currently before the Ninth Circuit Court of Appeals, and further proceedings in this court were stayed. On April 27, 2011 the Ninth Circuit Court of Appeals filed an Opinion on the pending appeal. On May 20, 2011 the Mandate was filed. The Stay has been lifted and Judge Settle has requested a Joint Status Report by June 15, 2011.

On May 16, 2011, the undersigned contacted counsel about the advisability of renewing settlement discussions. The parties have jointly advised the court that they do not desire to resume mediation at this time. By way of this order the undersigned is (1) advising Judge Settle that there are no continuing settlement discussions with the undersigned; and (2) that the undersigned remains available should the parties wish to discuss further mediation in the future.

Entered by Deputy Clerk, */s/Kelly Miller*, this 24th day of May, 2011.

ORDER
Page - 1