THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife; et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation, <br><br> Defendant. | Case No. 3:09-cv-05409-BHS <br><br> **STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS** |

The parties in this lawsuit through their undersigned counsel of record hereby stipulate and agree:

**STIPULATION**

1. Plaintiffs submit that plaintiff Edgar Ames has passed away and it is appropriate for him to be dismissed as a plaintiff in this lawsuit.

2. The Court may enter the below Order which provides for the voluntary dismissal of the claims of plaintiff Edgar Ames, and states that this does not affect the ongoing claims of the remaining plaintiffs.

STIPULATION AND ORDER RE VOLUNTARY
DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 1
Case No. 3:09-cv-05409-BHS
124215.0001/5464527.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

DATED this 20th day of August, 2012.

| LANE POWELL PC | BETTS PATTERSON & MINES PS |
|---|---|
|  | *[per email approval]* |
| By *s/ Joseph E. Lynam* | By *s/ Steven Goldstein* |
| Joseph E. Lynam, WSBA No. 12728 | Steven Goldstein, WSBA No. 11042 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Lane Powell PC | Betts Patterson & Mines PS |
| 1420 Fifth Ave., Ste. 4100 | 701 Pike St., Ste. 1400 |
| Seattle, WA 98101-2338 | Seattle, WA 98101 |
| T: 206-223-7000 | T: 206-292-9988 |
| F: 206-223-7107 | F: 206-343-7053 |
| Email: lynamj@lanepowell.com | Email: sgoldstein@bpmlaw.com |

**ORDER**

BASED on the above Stipulation, IT IS HEREBY

ORDERED, ADJUDGED & DECREED that the claims of plaintiff Edgar Ames are hereby voluntarily dismissed. This does not affect the ongoing claims of the remaining plaintiffs.

DATED this 21 day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By *s/ Joseph E. Lynam*
Joseph E. Lynam, WSBA No. 12728
Lane Powell PC
1420 Fifth Ave., Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000/F: 206-223-7107
Email: lynamj@lanepowell.com

Attorneys for Plaintiffs

STIPULATION AND ORDER RE VOLUNTARY
DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 2
Case No. 3:09-cv-05409-BHS
124215.0001/5464527.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1  Copy Received; Approved for Entry;
2  and Notice of Presentation Waived:

3  BETTS PATTERSON & MINES PS

4  *[per email approval]*

5  By *s/ Steven Goldstein*
    Steven Goldstein, WSBA No. 11042
6  Betts Patterson & Mines PS
   701 Pike St., Ste. 1400
7  Seattle, WA 98101
   T: 206-292-9988
8  F: 206-343-7053
   Email: sgoldstein@bpmlaw.com
9
   Attorneys for Defendant

STIPULATION AND ORDER RE VOLUNTARY
DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 3
Case No. 3:09-cv-05409-BHS
124215.0001/5464527.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107