THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation,<br><br>Defendant. | Case No. 3:09-cv-05409-BHS<br><br>**STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF PLAINTIFF DUPREE** |

The parties in this lawsuit through their undersigned counsel of record hereby stipulate and agree:

**STIPULATION**

1. Plaintiff Elizabeth Elaine Dupree wishes to seek voluntary dismissal from the lawsuit.

2. The Court may enter the below Order which provides for the voluntary dismissal of the claims of plaintiff Elizabeth Elaine Dupree, and states that this does not affect the ongoing claims of the remaining plaintiffs.

STIPULATION AND ORDER RE VOLUNTARY
DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 1
Case No. 3:09-cv-05409-BHS
124215.0001/5490337.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1   DATED this 29th day of October, 2012.

2   LANE POWELL PC                                 BETTS PATTERSON & MINES PS

3                                                   *[per email approval]*

4   By *s/ Joseph E. Lynam*                         By *s/ Steven Goldstein*
       Joseph E. Lynam, WSBA No. 12728                 Steven Goldstein, WSBA No. 11042
5   Attorneys for Plaintiffs                        Attorneys for Defendant

6   Lane Powell PC                                  Betts Patterson & Mines PS
    1420 Fifth Ave., Ste. 4100                      701 Pike St., Ste. 1400
7   Seattle, WA 98101-2338                          Seattle, WA 98101
    T: 206-223-7000                                 T: 206-292-9988
8   F: 206-223-7107                                 F: 206-343-7053
    Email: lynamj@lanepowell.com                    Email: sgoldstein@bpmlaw.com
9

10                                      **ORDER**

11      BASED on the above Stipulation, IT IS HEREBY

12      ORDERED, ADJUDGED & DECREED that the claims of plaintiff Elizabeth Elaine

13  Dupree are hereby voluntarily dismissed. This does not affect the ongoing claims of the

14  remaining plaintiffs.

15      DATED this 30 day of October, 2012.

16

17                                       _____
                                         UNITED STATES DISTRICT JUDGE
18  Presented by:

19  LANE POWELL PC

20

21  By *s/ Joseph E. Lynam*
       Joseph E. Lynam, WSBA No. 12728
22  Lane Powell PC
    1420 Fifth Ave., Ste. 4100
23  Seattle, WA 98101-2338
    T: 206-223-7000/F: 206-223-7107
24  Email: lynamj@lanepowell.com

25  Attorneys for Plaintiffs

26

27  STIPULATION AND ORDER RE VOLUNTARY
    DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 2          LANE POWELL PC
    Case No. 3:09-cv-05409-BHS                          1420 FIFTH AVENUE, SUITE 4100
    124215.0001/5490337.1                               SEATTLE, WASHINGTON 98101-2338
                                                        206.223.7000 FAX: 206.223.7107

1  Copy Received; Approved for Entry;
2  and Notice of Presentation Waived:

3  BETTS PATTERSON & MINES PS

4  *[per email approval]*

5  By *s/ Steven Goldstein*
   Steven Goldstein, WSBA No. 11042
6  Betts Patterson & Mines PS
   701 Pike St., Ste. 1400
7  Seattle, WA 98101
   T: 206-292-9988
8  F: 206-343-7053
   Email: sgoldstein@bpmlaw.com
9
   Attorneys for Defendant
10

STIPULATION AND ORDER RE VOLUNTARY
DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 3
Case No. 3:09-cv-05409-BHS
124215.0001/5490337.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107