THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife; et al., <br><br> Plaintiffs, <br><br> v. <br><br> RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation, <br><br> Defendant. | Case No. 3:09-cv-05409-BHS <br><br> **STIPULATION AND ORDER RE DECEASED PLAINTIFFS** |

The parties in this lawsuit through their undersigned counsel of record hereby stipulate and agree:

### STIPULATION

1. Plaintiffs submit the following two individual plaintiffs have passed away: Earleen M. Rutherford and Arnold Nadeau. Plaintiffs submit it is appropriate for their claims as individual plaintiffs to be voluntarily dismissed.

2. Also, plaintiffs submit the following other two persons (whose marital communities are presently plaintiffs in this lawsuit) have passed away: Ethel May Kolb and Ray Bodine. Plaintiffs submit it is appropriate for "Gerald Blair Kolb and Ethel May Kolb, husband and wife" to be replaced as a plaintiff in this lawsuit by "Gerald Blair Kolb" as the

STIPULATION AND ORDER RE DECEASED
PLAINTIFFS - 1
Case No. 3:09-cv-05409-BHS
124215.0001/5519688.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  named plaintiff. Additionally, Plaintiffs submit it is appropriate for "Ray Bodine and Janie Kay Bodine, husband and wife" to be replaced as a plaintiff in this lawsuit by "Janie Kay Bodine" as the named plaintiff.

3.  The parties agree the Court may enter the below Order which provides: (1) that the claims of plaintiffs Earleen M. Rutherford and Arnold Nadeau are voluntarily dismissed; (2) that "Gerald Blair Kolb and Ethel May Kolb, husband and wife" as a plaintiff in this lawsuit is replaced by "Gerald Blair Kolb" as the named plaintiff; (3) that "Ray Bodine and Janie Kay Bodine, husband and wife" as a plaintiff in this lawsuit is replaced by "Janie Kay Bodine" as the named plaintiff; and (4) that these actions do not affect the ongoing claims of the remaining plaintiffs.

DATED this 31st day of October, 2012.

| LANE POWELL PC | BETTS PATTERSON & MINES PS |
|---|---|
|  | *[per email approval]* |
| By *s/ Joseph E. Lynam* | By *s/ Steven Goldstein* |
| Joseph E. Lynam, WSBA No. 12728 | Steven Goldstein, WSBA No. 11042 |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Lane Powell PC | Betts Patterson & Mines PS |
| 1420 Fifth Ave., Ste. 4100 | 701 Pike St., Ste. 1400 |
| Seattle, WA 98101-2338 | Seattle, WA 98101 |
| T: 206-223-7000 | T: 206-292-9988 |
| F: 206-223-7107 | F: 206-343-7053 |
| Email: lynamj@lanepowell.com | Email: sgoldstein@bpmlaw.com |

STIPULATION AND ORDER RE DECEASED
PLAINTIFFS - 2
Case No. 3:09-cv-05409-BHS
124215.0001/5519688.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

### ORDER

BASED on the above Stipulation, IT IS HEREBY

ORDERED that the claims of plaintiffs Earleen M. Rutherford and Arnold Nadeau are hereby voluntarily dismissed; and

ORDERED that "Gerald Blair Kolb and Ethel May Kolb, husband and wife" as a plaintiff in this lawsuit is replaced by "Gerald Blair Kolb" as the named plaintiff; and

ORDERED that "Ray Bodine and Janie Kay Bodine, husband and wife" as a plaintiff in this lawsuit is replaced by "Janie Kay Bodine" as the named plaintiff; and

ORDERED that these actions do not affect the ongoing claims of the remaining plaintiffs.

DATED this __1__ day of November 2012.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC


By  s/ Joseph E. Lynam
    Joseph E. Lynam, WSBA No. 12728
Lane Powell PC
1420 Fifth Ave., Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000/F: 206-223-7107
Email: lynamj@lanepowell.com

Attorneys for Plaintiffs

STIPULATION AND ORDER RE DECEASED
PLAINTIFFS - 3
Case No. 3:09-cv-05409-BHS
124215.0001/5519688.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  Copy Received; Approved for Entry;
2  and Notice of Presentation Waived:

3  BETTS PATTERSON & MINES PS

4  *[per email approval]*

5  By *s/ Steven Goldstein*
   Steven Goldstein, WSBA No. 11042
6  Betts Patterson & Mines PS
   701 Pike St., Ste. 1400
7  Seattle, WA 98101
   T: 206-292-9988
8  F: 206-343-7053
   Email: sgoldstein@bpmlaw.com

9  Attorneys for Defendant

STIPULATION AND ORDER RE DECEASED
PLAINTIFFS - 4
Case No. 3:09-cv-05409-BHS
124215.0001/5519688.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107