UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMOND T. BALVAGE and
DEBORAH A. BALVAGE, husband and
wife; et al.,

                                  Plaintiffs,

          v.

RYDERWOOD IMPROVEMENT AND
SERVICE ASSOCIATION, INC., a
Washington non-profit corporation,

                                  Defendant.

Case No. 3:09-cv-05409-BHS

**STIPULATION AND ORDER RE
EXTENSION OF TRIAL DATE AND
CASE SCHEDULE**

        The parties in this lawsuit hereby stipulate and agree:

                              **STIPULATION**

        1.      The parties agree that good cause exists for the Court to extend the trial date in this lawsuit, which is presently scheduled for May 21, 2013.  After Plaintiffs filed their Third Amended Complaint on November 2, 2012, in which Plaintiffs brought additional personal claims of the 47 named plaintiffs,  extensive additional discovery is needed relating to each of the 47 plaintiffs.  The parties are not in position to be able to make the disclosures, complete discovery, and otherwise meet the present case schedule deadlines or to be ready for trial by the presently scheduled trial date.

        2.      Additionally, due in part to the possible need to call as witnesses most or all of the 47 named plaintiffs, the parties request the Court reserve 20 days for trial (as opposed to the 10 days presently reserved).

        3.      With respect to a requested new trial date, counsel for defendant has previously scheduled trial dates which conflict with possible dates for a new trial date in this case, which include other trial dates of August 21, 2013 and beginning the second week of September 2013. Thus, the parties request the Court set a new trial date in this case alternatively as follows:

STIPULATION AND ORDER RE EXTENSION OF TRIAL
DATE AND CASE SCHEDULE - 1
Case No. 3:09-cv-05409-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1          (a)  a new trial date of July 22, 2013, if such date is available for the Court and if

2              four weeks is available for reservation of trial time; or

3          (b)  a new trial date beginning October 7, 2013 or as soon thereafter depending

4              on the Court's availability.

5      4.     The parties also request the Court issue or the Court directs the Court Clerk to

6   issue a new case schedule consistent with the new trial date.

7      5.     Thus, the parties agree the Court may enter an order setting a new trial date as

8   chosen by the Court with the above timing requests in mind, and setting (or directing the Court

9   Clerk to set) a new case schedule consistent with the timing of the new trial date.

10      DATED this 12th day of November, 2012.

11

12   LANE POWELL PC                 BETTS PATTERSON & MINES PS

13                                     *[per email approval]*

14   By *s/ Joseph E. Lynam*           By *s/ Steven Goldstein*
      Joseph E. Lynam, WSBA No. 12728     Steven Goldstein, WSBA No. 11042

15   Attorneys for Plaintiffs (other than Bob     Attorneys for Defendant
   White and Diane White, husband and wife)

16                                      Betts Patterson & Mines PS
   Lane Powell PC                     701 Pike St., Ste. 1400

17   1420 Fifth Ave., Ste. 4100         Seattle, WA 98101
   Seattle, WA 98101-2338           T: 206-292-9988

18   T: 206-223-7000                 F: 206-343-7053
   F: 206-223-7107                Email: sgoldstein@bpmlaw.com
   Email: lynamj@lanepowell.com

19

20

21   *[per email approval]*

22   By *s/ Bob White and Diane White*
   Bob White and Diane White, husband and
   wife

23   Plaintiffs, appearing pro se

24

25

26

27

STIPULATION AND ORDER RE EXTENSION OF TRIAL
DATE AND CASE SCHEDULE - 2
Case No. 3:09-cv-05409-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1

**ORDER**

2        BASED on the above Stipulation, IT IS HEREBY

3        ORDERED that the trial date in this case is extended to October 8, 2013, and

4        ORDERED that the Court Clerk is directed to issue a new case schedule consistent with

5    the new trial date.

6        DATED this 14th day of November, 2012.

7

8

9
                                          BENJAMIN H. SETTLE
                                          United States District Judge
10

Presented by:
11   LANE POWELL PC

12   By s/ Joseph E. Lynam
         Joseph E. Lynam, WSBA No. 12728
13   Lane Powell PC
     1420 Fifth Ave., Ste. 4100
14   Seattle, WA 98101-2338
     T: 206-223-7000/F: 206-223-7107
15   Email: lynamj@lanepowell.com
     Attorneys for Plaintiffs
16
     Copy Received; Approved for Entry;
17   and Notice of Presentation Waived:

18   BETTS PATTERSON & MINES PS
     [per email approval]
19   By s/ Steven Goldstein
         Steven Goldstein, WSBA No. 11042
20   Betts Patterson & Mines PS
     701 Pike St., Ste. 1400
21   Seattle, WA 98101
     T: 206-292-9988
22   F: 206-343-7053
     Email: sgoldstein@bpmlaw.com
23   Attorneys for Defendant

24   [per email approval]

25   By s/ Bob White and Diane White
     Bob White and Diane White, husband and wife
26   Plaintiffs, appearing pro se

27

STIPULATION AND ORDER RE EXTENSION OF TRIAL
DATE AND CASE SCHEDULE - 3
Case No. 3:09-cv-05409-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107