THE HONORABLE BENJAMIN H. SETTLE

1
2
3
4
5
6
7 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8 AT TACOMA

9 RAYMOND T. BALVAGE and
DEBORAH A. BALVAGE, husband and
10 wife; et al.,                                        Case No. 3:09-cv-05409-BHS

11                                                      **STIPULATION AND ORDER RE**
                              Plaintiffs,               **VOLUNTARY DISMISSAL OF**
12                                                      **PLAINTIFF SHIMMIN**

          v.
13
RYDERWOOD IMPROVEMENT AND
14 SERVICE ASSOCIATION, INC., a
Washington non-profit corporation,
15
                              Defendant.
16

17          The parties in this lawsuit through their undersigned counsel of record hereby stipulate

18 and agree:

19                                        **STIPULATION**

20 1.      Plaintiff Lucas John Shimmin wishes to seek voluntary dismissal from the lawsuit.

21 2.      The Court may enter the below Order which provides for the voluntary dismissal of the

22 claims of plaintiff Lucas John Shimmin, and states that this does not affect the ongoing claims

23 of the remaining plaintiffs.

24
25
26
27 STIPULATION AND ORDER RE VOLUNTARY
DISMISSAL OF PLAINTIFF SHIMMIN- 1
Case No. 3:09-cv-05409-BHS
124215.0001/5573342.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

1    DATED this 9th day of January, 2013.

2    LANE POWELL PC                          BETTS PATTERSON & MINES PS

3                                            *[per email approval]*

4    By *s/ Joseph E. Lynam*                 By *s/ Steven Goldstein*
          Joseph E. Lynam, WSBA No. 12728         Steven Goldstein, WSBA No. 11042
5    Attorneys for Plaintiffs                Attorneys for Defendant

6    Lane Powell PC                          Betts Patterson & Mines PS
     1420 Fifth Ave., Ste. 4100             701 Pike St., Ste. 1400
7    Seattle, WA 98101-2338                  Seattle, WA 98101
     T: 206-223-7000                         T: 206-292-9988
8    F: 206-223-7107                         F: 206-343-7053
     Email: lynamj@lanepowell.com            Email: sgoldstein@bpmlaw.com
9

10                              **ORDER**

11   BASED on the above Stipulation, IT IS HEREBY

12        ORDERED, ADJUDGED & DECREED that the claims of plaintiff Lucas John

13   Shimmin are hereby voluntarily dismissed.  This does not affect the ongoing claims of the

14   remaining plaintiffs.

15        DATED this  10  day of January, 2013.

16

17                              UNITED STATES DISTRICT JUDGE

18   Presented by:

19   LANE POWELL PC

20

21   By *s/ Joseph E. Lynam*
          Joseph E. Lynam, WSBA No. 12728
22   Lane Powell PC
     1420 Fifth Ave., Ste. 4100
23   Seattle, WA 98101-2338
     T: 206-223-7000/F: 206-223-7107
24   Email: lynamj@lanepowell.com

25   Attorneys for Plaintiffs

26

27   STIPULATION AND ORDER RE VOLUNTARY
     DISMISSAL OF PLAINTIFF SHIMMIN- 2
     Case No. 3:09-cv-05409-BHS
     124215.0001/5573342.1
                                            **LANE POWELL PC**
                                            1420 FIFTH AVENUE, SUITE 4100
                                            SEATTLE, WASHINGTON  98101-2338
                                            206.223.7000 FAX: 206.223.7107

1

Copy Received; Approved for Entry;
2   and Notice of Presentation Waived:

3   BETTS PATTERSON & MINES PS

4   *[per email approval]*

5   By *s/ Steven Goldstein*
        Steven Goldstein, WSBA No. 11042
6   Betts Patterson & Mines PS
    701 Pike St., Ste. 1400
7   Seattle, WA 98101
    T: 206-292-9988
8   F: 206-343-7053
    Email: sgoldstein@bpmlaw.com

9
    Attorneys for Defendant
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   STIPULATION AND ORDER RE VOLUNTARY
     DISMISSAL OF PLAINTIFF SHIMMIN- 3
     Case No. 3:09-cv-05409-BHS
     124215.0001/5573342.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107