THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife; et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 3:09-cv-05409-BHS<br><br>**LANE POWELL'S NOTICE OF ATTORNEY'S LIEN** |

TO:　　　The Clerk of the Court; and

TO:　　　Above-Named Plaintiffs; and

TO:　　　Plaintiffs' Counsel of Record; and

TO:　　　Above-Named Defendant; and

TO:　　　Defendant's Counsel of Record:

NOTICE IS HEREBY GIVEN that Lane Powell, PC ("Lane Powell"), former attorneys of record for Plaintiffs in the above-captioned action (the "Action"), hereby gives notice of its claim of lien (the "Lien") pursuant to RCW 60.40.010 in the amount of $49,833.44, representing the total of sums currently owed to Lane Powell by Plaintiffs for legal services Lane Powell performed on Plaintiffs' behalf in the Action and for related disbursements

---

LANE POWELL'S NOTICE OF ATTORNEY'S LIEN - 1
Case No. C09-5409-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

124215.0001/5708170.1

incurred and expenses advanced on Plaintiffs' behalf, plus interest accruing on the principal sum of $49,833.44 at the rate of nine percent (9.00%) per annum pursuant to the written terms of Plaintiffs' engagement of Lane Powell.

The Lien is asserted up to the amount described above, upon all of the following:

(a) Pursuant to RCW 60.40.010(1)(c), upon money in the hands of Defendant that is now due or that hereafter becomes due from the Defendant to any one or more of the Plaintiffs;

(b) Pursuant to RCW 60.40.010(1)(d), upon the Action and its proceeds, including (without limitation) any and all sums that become payable to any one or more of the Plaintiffs or which are paid to one or more of the Plaintiffs by Defendant as a result of a mediation, settlement, or otherwise;

(c) Pursuant to RCW 60.40.010(1)(e), upon any judgment entered in the Action in favor of any one or more of the Plaintiffs; and

(d) All proceeds of the foregoing.

The Clerk of the Court is hereby requested, pursuant to RCW 60.40.010(1)(e), to file this Notice with the papers in the Action and, upon entry of judgment in favor of any one or more Plaintiffs, to make an entry in the execution docket showing Lane Powell as the claimant, the amount claimed, and the date this Notice was filed.

DATED:  June 6, 2013

LANE POWELL PC


By  s/ Joseph E. Lynam
    Joseph E. Lynam, WSBA No. 12728

LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
T:  (206) 223-7000
F:  (206) 223-7107
Email:  lynamj@lanepowell.com

LANE POWELL'S NOTICE OF ATTORNEY'S LIEN - 2
Case No. C09-5409-BHS

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

124215.0001/5708170.1

# CERTIFICATE OF SERVICE

I certify that on the date indicated below, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. Pursuant to their ECF agreement, the Clerk will send notice of this filing to the following persons via e-mail:

> Steven Goldstein
> Richard Ross
> Betts, Patterson & Mines, P.S.
> One Convention Place, Suite 1400
> 701 Pike St.
> Seattle, WA 98101
> Email: sgoldstein@bpmlaw.com
> Email: rross@bpmlaw.com
>
> Stephen G. Leatham
> Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
> PO Box 611
> 211 E. McLoughlin Boulevard
> Vancouver, WA 98666-0611
> Email: sgl@hpl-law.com
>
> Bob White and Diane White
> 312 Jackson St.
> Ryderwood, WA 98581
> Email: bobwhitehelps@gmail.com

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED June 6, 2013 at Seattle, Washington.

>    *s/ Joseph E. Lynam*
>    Joseph E. Lynam, WSBA No. 12728
>
> Lane Powell PC
> 1420 Fifth Avenue, Suite 4100
> Seattle, Washington 98101-2338
> T:  (206) 223-7000
> F:  (206) 223-7107
> Email:  lynamj@lanepowell.com

---

LANE POWELL'S NOTICE OF ATTORNEY'S LIEN - 3
Case No. C09-5409-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON  98101-2338
206.223.7000 FAX: 206.223.7107

124215.0001/5708170.1