UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, et al., <br><br> Plaintiff, <br><br> v. <br><br> RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., <br><br> Defendant. | CASE NO. C09-5409 BHS <br><br> ORDER DENYING DEFENDANT'S MOTION TO EXCLUDE PLAINTIFFS' EXPERT HUFFER |

This matter comes before the Court on Defendant Ryderwood Improvement and Service Association, Inc.'s ("RISA") motion to exclude Plaintiffs' expert Huffer (Dkt. 208).

On May 29, 2013, RISA filed the instant motion requesting that the Court exclude Plaintiffs' expert Dr. Karin D. Huffer because Plaintiffs failed to meet specific disclosure deadlines. Dkt. 208. On June 10, 2013, Plaintiffs responded. Dkt. 217. On June 13, 2013, RISA responded. Dkt. 222.

ORDER - 1

While it appears that the most important issue with Dr. Huffer will be overcoming a *Daubert* motion, the Court finds that RISA is not prejudiced by Plaintiffs' late disclosures. There is sufficient time between now and trial to adequately respond to Dr. Huffer's opinions and report. The Court notes that there is a pending motion to extend the expert and discovery deadlines that appears to have merit. Dkt. 212. In light of the pending motion and the Court finding no prejudice, the Court **DENIES** RISA's motion and Dr. Huffer's report must be served no later than July 1, 2013.

**IT IS SO ORDERED.**

Dated this 19th day of June, 2013.

BENJAMIN H. SETTLE
United States District Judge