UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMOND T. BALVAGE, et al.,

          Plaintiffs,

    v.

RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC.,

          Defendant.

CASE NO. C09-5409 BHS

ORDER GRANTING PLAINTIFFS' MOTION

This matter comes before the Court on Plaintiffs' motion to modify scheduling order (Dkt. 212).

On May 29, 2013, Plaintiffs filed the instant motion requesting that the Court extend the deadlines for expert disclosure and the completion of discovery. Dkt. 212. On June 20, 2013, Defendant responded and did not oppose the extensions if the additional discovery was limited to expert discovery only. Dkt. 230. The Court agrees with Defendant because good cause has only been shown to extend the dates for the experts to

ORDER - 1

1 complete their reports.  Therefore, the Court grants Plaintiffs' motion and the new

2 deadlines are as follows:

3       Rebuttal expert reports to be provided by August 1, 2013;

4       Expert discovery to be completed by September 10, 2013.

5       **IT IS SO ORDERED**.

6       Dated this 9th day of July, 2013.

                                          BENJAMIN H. SETTLE
                                          United States District Judge