Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation,<br><br>Defendants. | NO. 3:09-cv-05409-BHS<br><br>STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS |

The parties in this lawsuit, through their undersigned counsel of record, hereby stipulate and agree:

**STIPULATION**

1. Plaintiffs[1] submit that plaintiff Raymond Morris has passed away and it is appropriate for him to be dismissed as a plaintiff in this lawsuit.

2. The Court may enter the below Order which provides for the voluntary dismissal of the claims of plaintiff Raymond Morris, and states that this does not affect the ongoing claims of the remaining plaintiffs.

---

[1] "Plaintiffs" being those represented by the Heurlin, Potter law firm.

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

1   SO STIPULATED this ____ day of August, 2013.

2   HEURLIN, POTTER, JAHN, LEATHAM,           BETTS PATTERSON & MINES PS
    HOLTMANN & STOKER, P.S.
3                                              *[per email approval]*

4   *s/ Stephen G. Leatham*                    *s/Steve Goldstein*
    Stephen G. Leatham, WSBA #15572            Steven Goldstein, WSBA #11042
5   Of Attorneys for Certain Plaintiffs        Of Attorneys for Defendant

6   Heurlin, Potter, Jahn, Leatham,            Betts Patterson & Mines PS
7   Holtmann & Stoker, P.S.                    701 Pike St., Ste 1400
    PO Box 611                                 Seattle, WA  98101
8   Vancouver, WA 98666                        Telephone:  (206) 292-9988
    Telephone:  (360) 750-7547                 Fax:  (206) 343-7053
9   Fax:  (360) 750-7548                       Email:  sgoldstein@bpmlaw.com
    Email:  sgl@hpl-law.com

## ORDER

BASED on the above Stipulation, IT IS HEREBY

ORDERED, ADJUDGED & DECREED that the claims of plaintiff Raymond Morris are hereby voluntarily dismissed.  This does not affect the ongoing claims of the remaining plaintiffs.

DATED this ____ day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.


*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
Of Attorneys for Certain Plaintiffs

STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF SINGLE PLAINTIFF'S CLAIMS - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547