## IN THE SMALL CLAIMS DEPARTMENT OF
## COWLITZ COUNTY DISTRICT COURT

SMALL CLAIM NUMBER: 9 s 630

Ryderwood Improvement & Service Assoc.
Plaintiff

305 Morse (PO Box 143)
Address

Ryderwood                    WA
City                        State

98581           360-295-3651
Zip Code         Phone

Vern & Sharron Powell
Defendant

500 Morse
Address

Ryderwood                   WA
City                        State

98581           360-295-0816
Zip Code         Phone

### CLAIM

[Ry]derwood Improvement & Service Assoc., Plaintiff, has appeared at the above entitled Court and states that the above named Defendant(s) owes the Plaintiff the sum of $ 2,161.40 which became due or owing on Oct. 19, 2009 (date) (500 Morse 1,155.70) (515 Morse 1,005.70)

The amount owing is for:
- Auto Damages ____    Date of Accident ____
- Wages ____           Back Rent ____
- Rent Deposit ____    Goods Sold ____
- Property Damage ____ Other   Property Assessments/Dues

_____, Secretary / ~~President~~
Plaintiff Signature / Title (if filing on behalf of Partnership, LLC, PLCC, Corporation)

Subscribed and sworn to before me this 19 day of October, 2009.

_____
Court Clerk/Notary

State of Washington }
                    } ss:
County of Cowlitz   }

To: Vern & Sharron Powell, Defendant(s). This claim for $ 2161.40 has been filed against you. You are required to deny this claim either in person or in writing. Your denial to the claim must be received no later than 4:30 P.M. on NOV. 19, 2009.

If your answer is that you do not owe all or part of the money that is claimed, the case will be set for hearing at a later date. **IF YOU FAIL TO APPEAR AND ANSWER THE CLAIM, A DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU FOR THE AMOUNT OF THE CLAIM PLUS COURT COSTS.**

The District Court is located on the second floor of the Hall of Justice, 312 SW First, Kelso, WA 98626. Office hours are 8:30 A.M. to 5:00 P.M., Monday through Friday except legal holidays.

Issued: 10-19-09         Clerk: _____

EXHIBIT 3 TO DECLARATION OF STEPHEN G. LEATHAM
Page 1 of 2

## COWLITZ COUNTY DISTRICT COURT
### And the Kelso, Longview, and Kalama Municipal Courts

RISA

Plaintiff/Petitioner,

vs.

VERN + SHARRON POWELL

Defendant/Respondent.

Case No. 95360 (95630)

ORDER

THIS MATTER having come on regularly for hearing before the above-entitled court, and the Court being fully advised; now, therefore,

IT IS HEREBY ORDERED:

DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF VENUE AND JURISDICTION ARE DENIED. ACTION IN THIS CASE IS STAYED PENDING OUTCOME OF CLASS ACTION IN FEDERAL COURT

Dated the 28 day of _____ 2010.

Presented by:

District Court Judge [signature]

EXHIBIT 3 TO DECLARATION OF STEPHEN G. LEATHAM
Page 2 of 2