Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife, et al., | ) ) ) | NO. 3:09-cv-05409-BHS |
| Plaintiffs, | ) ) | DECLARATION OF CHARLES WEAVER IN OPPOSITION TO DEFENDANT'S |
| vs. | ) ) | MOTION FOR SUMMARY JUDGMENT RE 2013 SURVEY |
| RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation, | ) ) ) ) | |
| Defendants. | ) | |

I, Charles Weaver, declare as follows:

1. I am one of the plaintiffs in the above-captioned cause. I make this declaration on personal knowledge, in support of plaintiffs' opposition to defendant's motion for summary judgment regarding the 2013 survey. I am competent to testify to the following facts.

2. I was recently provided with the 594 page declaration of Dennis Knight regarding the 2013 survey, including defendant's survey forms. Through counsel, plaintiffs have been requesting this data since approximately June 2013. It was not provided to us, however, until defendant filed the present motion for summary judgment. Based upon my initial review of the data provided, there are errors, omissions, and inconsistencies. However, I have not had a reasonable opportunity to review and evaluate the entirety of the data. Plaintiffs respectfully

DECLARATION OF CHARLES WEAVER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE 2013 SURVEY - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

request a reasonable extension of time, 30 days, in order to give us a fair opportunity to review and evaluate these hundreds of pages of documents.

3. An example of the questions I would raise can be seen on the very first survey form provided, for Bichlers (Dkt. #259-4, p. 2 of 128). Defendant's survey form lists years for the Bichlers' purported dates of birth. However, no driver's licenses or other documentary verification of those purported birth years are included with the survey form.

4. Furthermore, the survey results are to be verified by "reliable" surveys and affidavits. As far as I can tell from my initial review, not one of the survey forms is verified to be true and accurate by a sworn declaration or affidavit under penalty of perjury. The forms cannot be deemed reliable or in compliance with HOPA regulations unless the information relied upon is sworn to be true and accurate by affidavit or declaration.

5. Defendant also arbitrarily chose to include properties that are admittedly not part of Ryderwood as part of this survey. What is the basis for including those properties in this survey? This Court previously noted that properties not within the original Ryderwood plot and not developed by Senior Estates are not part of Ryderwood. *See* Order re Enforcing Bylaws (Dkt. #100). Including non-Ryderwood properties fatally flaws this survey.

6. Defendant admittedly opted not to survey any of the residences purportedly occupied by any of the plaintiffs. In determining whether any particular plaintiff in fact occupied the residence, defendant admittedly relied upon discovery responses that may or may not have still been accurate as of the time of the survey. In light of defendant's decision not to survey the properties owned by the plaintiffs, defendant did not rely upon the best available evidence, which would have consisted of actual contact or other communication with the plaintiffs. The data defendant utilized concerning the plaintiff-owned properties cannot be considered as reliable, calling into question the entire 2013 survey.

DECLARATION OF CHARLES WEAVER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE 2013 SURVEY - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

7. Defendant also takes great pains to contend that the survey chairpersons are in effect disinterested individuals. This contention is inconsistent with the facts. Mr. Knight is admittedly a member of RISA's Board of Directors. He has also filed multiple declarations with this Court in support of various motions brought by defendant. Mr. Knight can hardly be considered a disinterested individual. The other chairperson, Cissy Sanders, has been a key witness and participant regarding the purported survey from 2007. She is also far from disinterested.

8. The HOPA affidavit (Exh. E to the Knight Declaration) is then signed by Sally Gene De Briae. As the Court knows from previous filings, she has long been defendant's point person in this lawsuit. She, too, has filed multiple declarations with this Court. Ms. De Briae is as far from disinterested as one could possibly get.

9. Moreover, the two persons who signed the HOPA affidavit have no personal knowledge regarding the validity, accuracy, or reliability of the information contained in the survey forms. Without such personal knowledge, and with the survey forms not having been verified under oath, their signatures on the HOPA affidavit are meaningless.

10. Defendant also utilized unreliable and inadmissible information to make conclusions regarding purportedly "vacant" homes and homes in which the occupants would not or did not provide documentation of their age. *See* generally Knight Declaration, at ¶¶ 12-14. Instead of obtaining verifiable and reliable information, defendant relied upon hearsay information from neighbors, hearsay information from real estate agents, hearsay information with owners of record, and the "personal knowledge" of members of defendant's survey team. *Id.* at ¶ 14. Not only has this hearsay information not been summarized and provided, the information is inadmissible in any event. Defendant's reliance on undisclosed and inadmissible information renders the survey results unreliable.

DECLARATION OF CHARLES WEAVER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE 2013 SURVEY - 3

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547

11. Finally, it is telling that defendant asked HUD to comment upon its survey procedures and results almost eight months ago (*see* Richard Ross Declaration, Dkt. #258), but has still not received a substantive response. If defendant's procedures, data, and results were as solid and reliable as defendant claims, one would think that HUD would have provided defendant with approval by this time. The silence from HUD is deafening.

12. Based upon the foregoing shortcomings, discrepancies, errors, and inadequacies, it should be concluded that there are genuine issues of material fact regarding the reliability of defendant's 2013 survey and therefore whether the survey is compliant with HOPA requirements. Plaintiffs request that defendant's motion for summary judgment be denied or, at a minimum, that the plaintiffs be granted additional time to provide a supplemental response to defendant's motion after I have had a reasonable opportunity to review and analyze the 2013 survey data.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 3RD day of February, 2014, at Kelso, Washington.

_____
CHARLES WEAVER

DECLARATION OF CHARLES WEAVER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE 2013 SURVEY - 4

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA 98666-0611
(360) 750-7547

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Richard D. Ross
>Steven Goldstein
>Betts Patterson Mines
>701 Pike Street, Suite 1400
>Seattle, WA  98101
>rross@bpmlaw.com
>sgoldstein@bpmlaw.com
>          Of Attorneys for Defendant
>
>Bob and Diane White
>312 Jackson St.
>Ryderwood, WA 98581
>bobwhitehelps@gmail.com
>          Plaintiffs Pro Se

Dated:  February 3, 2014.

>                    HEURLIN, POTTER, JAHN, LEATHAM,
>                    HOLTMANN & STOKER, P.S.
>
>
>                    s/ Stephen G. Leatham
>                    Stephen G. Leatham, WSBA #15572
>                    E-mail:  sgl@hpl-law.com
>                    PO Box 611
>                    211 E. McLoughlin Boulevard
>                    Vancouver, WA 98666-0611
>                    Telephone:  (360) 750-7547
>                    Fax:  (360) 750-7548
>                         Of Attorneys for Certain Plaintiffs

DECLARATION OF CHARLES WEAVER IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE 2013 SURVEY - 5

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
PO Box 611
Vancouver, WA  98666-0611
(360) 750-7547