Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC. a Washington non-profit corporation, <br><br> Defendant. | NO. 3:09-CV-05409-BHS <br><br> STIPULATION AND ORDER OF DISMISSAL |

**STIPULATION**

The parties hereby stipulate that this case has been settled as to claims brought by all remaining plaintiffs other that *pro se* plaintiffs Bob and Diane White who have filed for bankruptcy protection. Therefore, all plaintiffs' claims and the defendant's counterclaims, other than the claims and counterclaims involving Bob and Diane White, can be dismissed with prejudice and without costs.

STIPULATION AND ORDER OF DISMISSAL

- 1 -

688641.1/042214 1449/61840140

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1      DATED this 22nd day of April, 2014.

2 BETTS, PATTERSON & MINES, P.S.    HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

4 By  *Steve Goldstein*                    By  *Stephen Leatham*
   Steven Goldstein, WSBA #11042        Stephen G. Leatham, WSBA #15572
   Richard Ross, WSBA #34502            Attorney for All Remaining Plaintiffs other
Attorneys for Defendant                     than Bob and Diane White

## ORDER

Pursuant to the foregoing Stipulation, this case is hereby dismissed with prejudice and without costs as to claims brought by all of the remaining plaintiffs other than Bob and Diane White and as to the counterclaims against all plaintiffs other than Bob and Diane White. Bob and Diane White's claims, and the counterclaims against them, are currently stayed pursuant to their bankruptcy filing.

DATED this _____ day of _____, 2014.

_____
HONORABLE JUDGE SETTLE

Presented by:
BETTS, PATTERSON & MINES, P.S.


By  *Steve Goldstein*
   Steven Goldstein, WSBA #11042
   Richard Ross, WSBA #34502
Attorneys for Defendant

STIPULATION AND ORDER OF DISMISSAL

- 2 -

688641.1/042214 1449/61840140

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  Approved as to form; Notice
   of Presentation waived:
2  HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.
3
4  By _Stephen Leatham_____
      Stephen G. Leatham, WSBA #15572
5         Attorney for All Remaining Plaintiffs other than Bob and Diane White
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER OF
DISMISSAL

- 3 -

688641.1/042214 1449/61840140

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of April, 2014, I electronically filed <u>Stipulation and Order of Dismissal</u> with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to The Honorable Benjamin H. Settle and all counsel of record and *pro se* plaintiffs White:

**Counsel for Plaintiffs other than Bob and Diane White**
Stephen G. Leatham, WSBA# 15572
HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.
211 E. McLoughlin Boulevard, Suite 100
P. O. Box 611
Vancouver, WA 98666-0611
sgl@hpl-law.com

**Plaintiffs Pro Se**
Bob and Diane White
312 Jackson Street
Ryderwood, WA 98581
bobwhitehelps@gmail.com

By   s/Sandra Nokes
 Sandra Nokes
 Legal Assistant
 snokes@bpmlaw.com

STIPULATION AND ORDER OF DISMISSAL

- 4 -

688641.1/042214 1449/61840140

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988