THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RAYMOND T. BALVAGE and DEBORAH A. BALVAGE, husband and wife; et al.,

Plaintiffs,

v.

RYDERWOOD IMPROVEMENT AND SERVICE ASSOCIATION, INC., a Washington non-profit corporation,

Defendant.

Case No. 3:09-cv-05409-BHS

**LANE POWELL'S NOTICE OF SATISFACTION AND RELEASE OF ATTORNEY'S LIEN**

TO: The Clerk of the Court; and

TO: Above-Named Plaintiffs, and Plaintiffs' Counsel of Record; and

TO: Above-Named Defendant, and Defendant's Counsel of Record.

NOTICE IS HEREBY GIVEN by Lane Powell, PC (former attorneys of record for Plaintiffs in the above-captioned action) that, with respect to the attorney's lien which is the subject of Lane Powell's Notice of Attorney's Lien dated June 6, 2013 filed herein on June 6, 2013 (the "Lien"), the Lien has been fully satisfied and released.

//

//

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107


DATED: May 28, 2014

LANE POWELL PC

By s/ Joseph E. Lynam
Joseph E. Lynam, WSBA No. 12728

LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
T: (206) 223-7000
F: (206) 223-7107
Email: lynamj@lanepowell.com

LANE POWELL'S NOTICE OF SATISFACTION AND RELEASE OF ATTORNEY'S LIEN - 2
Case No. C09-5409-BHS

124215.0001/6026304.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

**CERTIFICATE OF SERVICE**

I certify that on the date indicated below, I caused the foregoing document to be filed with the Clerk of the Court via the CM/ECF system. Pursuant to their ECF agreement, the Clerk will send notice of this filing to the following persons via e-mail:

Steven Goldstein
Richard Ross
Betts, Patterson & Mines, P.S.
One Convention Place, Suite 1400
701 Pike St.
Seattle, WA 98101
Email: sgoldstein@bpmlaw.com
Email: rross@bpmlaw.com

Stephen G. Leatham
Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
PO Box 611
211 E. McLoughlin Boulevard
Vancouver, WA 98666-0611
Email: sgl@hpl-law.com

Bob White and Diane White
312 Jackson St.
Ryderwood, WA 98581
Email: bobwhitehelps@gmail.com

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my knowledge.

SIGNED May 28, 2014 at Seattle, Washington.

*s/ Joseph E. Lynam*
Joseph E. Lynam, WSBA No. 12728

Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
T: (206) 223-7000
F: (206) 223-7107
Email: lynamj@lanepowell.com

LANE POWELL'S NOTICE OF SATISFACTION AND RELEASE OF ATTORNEY'S LIEN - 3
Case No. C09-5409-BHS

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

124215.0001/6026304.1